

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2022

No. 04-22-00093-CV

Donald W. **TAYLOR**,
Appellant

v.

**THE RENEGADE RANCH SUBDIVISION ARCHITECTURAL REVIEW COMMITTEE MEMBERS** and Treasure: Brian and Dixon Schultz, Kevin and Cynthia Gallagher, Secondary Committee Member, Co-Treasure Jeffrey C. and Vada Michelle Pitts, Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16772
Honorable Dennis Powell, Judge Presiding

# O R D E R

Appellant's brief was originally due July 25, 2022. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to August 24, 2022. On August 23, 2022, appellant filed a motion requesting an additional extension of time to file the brief until September 23, 2022, for a total extension of 60 days, and we granted appellant's motion.

On September 21, 2022, appellant filed a third motion for extension of time requesting an additional 90 days to file the brief. After consideration, we **GRANT** the motion **IN PART** and **ORDER** appellant to file his brief by OCTOBER 23, 2022. **Appellant is advised that no further extensions of time will be granted absent extraordinary circumstances.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2022.



MICHAEL A. CRUZ, Clerk of Court